# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROXROY M. ALLICOCK,

     Appellant,

v.

                                        Case No.  5D23-958
                                        LT Case No. 2012-CF-000028-D

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 11, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Roxroy M. Allicock, Raiford, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EDWARDS and SOUD, JJ., concur.